ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 3:25-cv-08037-AMO |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | Date Filed:    September 22, 2025 |
| vs. ) | Judge:         Hon. Araceli Martínez-Olguín |
| FORTINET, INC., et al., ) | |
| Defendants. ) | |
| STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND, on Behalf of Itself and All Others Similarly Situated, ) | Case No. 3:25-cv-08888-JD |
| ) | CLASS ACTION |
| ) | Date Filed:    October 16, 2025 |
| Plaintiff, ) | Judge:         Hon. James Donato |
| vs. ) | |
| FORTINET, INC., et al., ) | |
| Defendants. ) | |

**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**

4907-6935-1028.v1

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rules 3-12 and 7-11 of the United States District Court for the Northern District of California ("Local Rule"), plaintiff State of Rhode Island Office of the General Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island ("ERSRI") respectfully submits this Administrative Motion to Consider Whether Cases Should Be Related (the "Motion") to request that the following actions be related, and that the *ERSRI* Action (defined below) be assigned to the Honorable Araceli Martínez-Olguín.

- *State of Rhode Island Office of the General Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island v. Fortinet, Inc.*, No. 3:25-cv-08888-JD (N.D. Cal.) (the "*ERSRI* Action");

- *Oklahoma Firefighters Pension and Retirement System v. Fortinet, Inc.*, No. 3:25-cv-08037-AMO (the "*Oklahoma* Action").

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Local Rule 3-12(a), actions are related to one another, and should be assigned to the same judge, when they "concern substantially the same parties, property, transaction, or event" and "appear[] likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

ERSRI respectfully submits that this standard is satisfied here.  Both matters concern substantially overlapping defendants, factual allegations and courses of conduct, identical Class Periods, and causes of action.  The operative complaints in both actions assert violations of the Securities Exchange Act of 1934.  The federal securities law violations in each matter arise from the same conduct, *i.e.*, misleading statements and omissions made by Fortinet, Inc. executives. Four of the five defendants in the *ERSRI* Action are also defendants in the *Oklahoma* Action.  The *ERSRI* Action's November 8, 2024 through August 6, 2025 Class Period is identical to the *Oklahoma* Action's Class Period.[1]

---

[1]    *See* Exhibit A, Complaint filed in the *ERSRI* Action, attached to the Declaration of Daniel J. Pfefferbaum in Support of ERSRI's Motion, filed concurrently herewith.

Given the substantial overlap, assignment of a single judge to both actions will conserve judicial resources and promote an efficient determination of these matters, as they will necessarily involve overlapping legal issues, discovery demands, and related disputes.  In contrast, proceeding before different judges would likely lead to an unduly burdensome duplication of labor and expense.

Accordingly, ERSRI respectfully requests that the Court enter an Order granting this Motion and relating the *ERSRI* Action to the *Oklahoma* Action and directing the Clerk to reassign the *ERSRI* Action to the Honorable Araceli Martínez-Olguín pursuant to Local Rule 3-12.  A [Proposed] Order relating the *ERSRI* Action to the *Oklahoma* Action is submitted herewith.

DATED:  October 20, 2025                    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM


                              s/ Daniel J. Pfefferbaum
                           DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

Attorneys for Plaintiff

PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11 - 3:25-cv-08888-JD                    - 2 -
4907-6935-1028.v1