**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Plaintiff Oklahoma Firefighters
Pension and Retirement System*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORTINET, INC., KEN XIE, MICHAEL XIE, KEITH JENSEN, and CHRISTIANE OHLGART,<br><br>Defendants. | Case No. 3:25-cv-08037-AMO<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER (1) REGARDING SERVICE; (2) EXTENDING DEFENDANTS' DEADLINE TO FILE A RESPONSIVE PLEADING PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL; AND (3) VACATING INITIAL CASE MANAGEMENT CONFERENCE PENDING RULING ON MOTION TO DISMISS** |

Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff"), and Defendants Fortinet, Inc., Ken Xie, Michael Xie, Keith Jensen, and Christiane Ohlgart (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on September 22, 2025, Plaintiff filed a securities class action complaint against Defendants, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5, promulgated thereunder (the "Complaint"), ECF No. 1;

WHEREAS, the Parties have conferred regarding service of process, and counsel for Defendants has agreed to accept service of process of the Complaint and associated summonses on behalf of Defendants;

WHEREAS, this securities class action (the "Action") is governed by the statutory provisions set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, including its procedures for the appointment of lead plaintiff and lead counsel;

WHEREAS, on September 22, 2025, in compliance with the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), Plaintiff caused notice to be published alerting members of the purported class to the pendency of the Action, ECF No. 7;

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the deadline for members of the purported class to file motions for appointment as lead plaintiff in the Action is November 21, 2025;

WHEREAS, once the lead plaintiff and lead counsel are appointed, the Parties anticipate that the lead plaintiff will file an amended or consolidated complaint, which will become the operative complaint in the Action, and Defendants anticipate moving to dismiss that amended complaint;

WHEREAS, the Parties anticipate that the lead plaintiff and Defendants will confer regarding a schedule that addresses the timeline for the filing of an amended or consolidated complaint and Defendants' response to that complaint;

WHEREAS, on September 23, 2025, this Court issued an Order Setting Initial Case and ADR Deadlines (the "Case Management Order") requiring that the Parties meet and confer regarding certain

discovery, dispute resolution, and case management matters, and file a case management statement pursuant to Rule 26(f) of the Federal Rules of Civil Procedure on January 1, 2026, ECF No. 5;

WHEREAS, this Court also set an initial case management conference in this Action for January 8, 2026, ECF No. 5;

WHEREAS, the PSLRA states that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party," 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, counsel for the Parties believe that, in order to conserve the Court's and the Parties' resources, good cause exists to defer Defendants' response to the Complaint until after the Court appoints a lead plaintiff and lead counsel, and lead plaintiff has filed an amended or consolidated complaint, and to vacate the Case Management Order and associated deadlines, until after the Court rules on Defendants' anticipated motion to dismiss the lead plaintiff's amended or consolidated complaint;

WHEREAS, the Parties have not sought any other extensions of time in the Action;

WHEREAS, the Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not have an effect on any additional pre-trial or trial dates as the Court has not yet scheduled those dates.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval:

1.      Undersigned counsel for Defendants are authorized to accept and do accept service of the summons and Complaint in this Action, without prejudice to or waiver of any of their defenses or objections, except as to absence of a summons or the sufficiency of service of process.

2.      Pursuant to Civil L.R. 6-1(a), Defendants have no current obligation to answer, move against, or otherwise respond to the Complaint, unless otherwise ordered by the Court.

3.      Within fourteen (14) days after the Court's appointment of a lead plaintiff and lead counsel, counsel for Defendants and lead counsel shall confer and submit to the Court a proposed schedule for the filing of an amended or consolidated complaint and Defendants' response thereto.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:25-CV-08037-AMO

4.    Pursuant to Civil L.R. 6-2, and in the interests of judicial economy and preserving the resources of the Parties and the Court, the initial case management conference that is presently scheduled for January 8, 2026, is adjourned, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended or consolidated complaint has been decided and shall be reset on a date the Court determines to be appropriate.

5.    All associated ADR program deadlines are likewise deferred.

Dated: October 21, 2025

**FENWICK & WEST LLP**

_/s/ Marie C. Bafus_
MARIE BAFUS (CSB No. 258417)
DEAN S. KRISTY (CSB No. 157646)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350
mbafus@fenwick.com
dkristy@fenwick.com

-and-

JAY L. POMERANTZ (CSB No. 209869)
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200
jpomerantz@fenwick.com

_Counsel for Defendants Fortinet, Inc.,_
_Ken Xie, Michael Xie, Keith Jensen, and_
_Christiane Ohlgart_

**BLEICHMAR FONTI & AULD LLP**

_/s/ Lesley E. Weaver_
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com

-and-

Javier Bleichmar (_pro hac vice_)
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

-and-

Nancy A. Kulesa (_pro hac vice_)
Ross Shikowitz (_pro hac vice_)
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
nkulesa@bfalaw.com
rshikowitz@bfalaw.com

*Counsel for Plaintiff Oklahoma Firefighters Pension and Retirement System*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.



GRANTED

Judge Araceli Martínez-Olguín

October 22, 2025

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:25-CV-08037-AMO