UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK PITTROF,<br><br>        Plaintiff,<br><br>    v.<br><br>KEN XIE, et al.,<br><br>        Defendants. | Case No. 25-cv-08592-EKL<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to Case No. 3:25-cv-08037-AMO *Oklahoma Firefighters Pension and Retirement System v. Fortinet, Inc.*

**IT IS SO ORDERED.**

Dated: October 24, 2025

_____
EUMI K. LEE
United States District Judge