**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
Connor C. Boehme (*pro hac vice* forthcoming)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>FORTINET, INC., KEN XIE, MICHAEL XIE, KEITH JENSEN, and CHRISTIANE OHLGART,<br><br>                    Defendants. | Case No. 5:25-cv-08037-AMO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>**Date:** March 5, 2026<br>**Time:** 2:00 p.m.<br>**Courtroom:** 10 – 19th Floor<br>**Judge:** Araceli Martínez-Olguín |
| STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>FORTINET, INC., KENNETH XIE, KEITH JENSEN, and CHRISTIANE OHLGART,<br><br>                    Defendants. | Case No. 3:25-cv-08888-AMO |

DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL Case No. 5:25-cv-08037-AMO; 3:25-cv-08888-AMO

I, Lucas E. Gilmore, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner at Hagens Berman Sobol Shapiro LLP, proposed liaison counsel for proposed Lead Plaintiff SEB Funds AB ("SEB") I make this declaration in support of SEB's Motion for consolidation, appointment as Lead Plaintiff, and approval of Lead Plaintiff's selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:    Signed Certification of SEB, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u–4(a)(2);

EXHIBIT B:    A chart reflecting the calculation of SEB's losses as a result of its transactions in Fortinet, Inc. common stock;

EXHIBIT C:    Notices of pendency of the actions;

EXHIBIT D:    Firm resume of Labaton Keller Sucharow LLP;

EXHIBIT E:    Firm resume of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 21, 2025

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

1
DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL CASE NO. 5:25-cv-08037-AMO; 3:25-cv-08888-AMO

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore
