**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
Connor C. Boehme (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORTINET, INC., KEN XIE, MICHAEL XIE, KEITH JENSEN, and CHRISTIANE OHLGART,<br><br>Defendants. | Case No. 3:25-cv-08037-AMO<br><br>**CLASS ACTION**<br><br>**RESPONSE IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>**Date:** March 5, 2026<br>**Time:** 2:00 p.m.<br>**Courtroom:** 10 – 19th Floor<br>**Judge:** Araceli Martínez-Olguín |
| STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORTINET, INC., KENNETH XIE, KEITH JENSEN, and CHRISTIANE OHLGART,<br><br>Defendants. | Case No. 3:25-cv-08888-AMO |

RESPONSE IN SUPPORT OF MOTION
CASE NO. 3:25-cv-08037-AMO; 3:25-cv-08888-AMO

Lead Plaintiff movant SEB[1] respectfully submits this Response in Support of its Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. ECF No. 23.[2]

On November 21, 2025, the statutory deadline, SEB, which suffered a $13,329,473 loss, timely filed its Motion pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), seeking appointment as Lead Plaintiff and approval of its selection of Labaton as Lead Counsel for the Class and Hagens Berman as Liaison Counsel for the Class. Two other movants also filed motions seeking appointment as Lead Plaintiff in this matter: KBC Asset Management NV and State of Rhode Island Office of the General Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island, which assert a collective loss of approximately $11 million (ECF No. 31); and Union Asset Management Holding AG ("Union"), which asserts a loss of approximately $75 million (ECF No. 42).

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii). As set forth in its motion, SEB incurred a loss of $13,329,473 as calculated under a last-in, first-out basis on its relevant transactions in the common stock of Fortinet, Inc. ECF No. 24-2. SEB also readily satisfies the typicality and adequacy requirements of Rule 23 because SEB's claims are typical of the members of the class and SEB will fairly and adequately protect the interests of the class. ECF No. 23 at 7-8. Further, SEB—as a sophisticated institutional investor with experience successfully serving as court-appointed Lead Plaintiff under the

---

[1] Unless otherwise indicated, all defined terms are the same as in SEB's initial motion. ECF No. 23.

[2] Unless otherwise indicated, ECF references are to the docket in the earlier filed case *Oklahoma Firefighters Pension and Retirement System v. Fortinet, Inc.*, No. 25-cv-08037 (N.D. Cal.). SEB's Motion was also filed in the docket of the latter filed case *State of Rhode Island Office of the General Treasurer on behalf of the Employees' Retirement System of the State of Rhode Island v. Fortinet, Inc.*, No. 25-cv-08888 (N.D. Cal.), ECF No. 21.

PSLRA—is the prototypical investor Congress sought to encourage to lead securities class actions. See *id.* at 8-9.

While SEB acknowledges that Union asserts a larger loss than SEB, SEB remains ready, willing, and able to serve as Lead Plaintiff.  Should the Court find for any reason that Union is not typical or adequate to serve as Lead Plaintiff, SEB respectfully contends that the PSLRA's sequential Lead Plaintiff process and Ninth Circuit precedent directs that the typical and adequate movant with the next-largest financial interest, SEB, must be appointed.  *See In re Cavanaugh*, 306 F.3d 726, 732 (9th Cir. 2002) ("The statutory process is sequential: The court must examine potential lead plaintiffs one at a time, starting with the one who has the greatest financial interest, and continuing in descending order if and only if the presumptive lead plaintiff is found inadequate or atypical."); *In re Mersho*, 6 F.4th 891, 899 (9th Cir. 2021) ("If the movant with the largest losses does not satisfy the Rule 23 requirements, the district court must then look to the movant with the next largest losses and repeat the inquiry.").  Given its financial interest and strong showing of typicality and adequacy, if the Court rejects Union's motion, SEB is clearly the most adequate plaintiff.

DATED: December 5, 2025                        Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Lucas E. Gilmore*
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
Connor C. Boehme (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

cvillegas@labaton.com
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff
and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore