**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Lead Counsel for Lead Plaintiff Union Asset
Management Holding AG and the Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Fortinet, Inc. Securities Litigation* | Case No. 3:25-cv-08037-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR FILING AMENDED COMPLAINT AND BRIEFING ON ANTICIPATED MOTION TO DISMISS AS MODIFIED**<br><br>Assigned to: Honorable Araceli Martínez-Olguín |

Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff") and Defendants Fortinet, Inc. ("Fortinet"), Ken Xie, Michael Xie, Keith Jensen, and Christiane Ohlgart (collectively, the "Individual Defendants" and together with Fortinet, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on February 20, 2026, the Court issued an order: (i) consolidating *Oklahoma Firefighters Pension and Ret. Sys. v. Fortinet, Inc.*, No. 25-cv-8037 (N.D. Cal.) and *State of Rhode Island Office of the Gen. Treasurer on behalf of the Emps.' Ret. Sys. of the State of Rhode Island v. Fortinet, Inc.*, No. 3:25-cv-08888 (N.D. Cal.) under the above case caption; (ii) appointing Lead Plaintiff; and (iii) approving Lead Plaintiff's selection of Bernstein Litowitz Berger & Grossmann LLP as lead counsel (the "Consolidation and Leadership Order") (ECF No. 58);

**WHEREAS**, in the Consolidation and Leadership Order requires the parties to "submit a proposed schedule, **within seven (7) days of this order**, for the filing of a consolidated complaint and Defendants' responses thereto" (ECF No. 58);

**WHEREAS,** the parties have met and conferred and have agreed to a schedule for the filing of an amended complaint and a briefing schedule for Defendants' anticipated motion to dismiss;

**WHEREAS,** Defendants have retained the undersigned counsel and have agreed to accept service of the complaint filed on September 22, 2025, and the summons issued on September 23, 2025, in this action through their counsel by stipulation dated October 21, 2025 (ECF No. 19);

**NOW THEREFORE,** the parties stipulate and agree as follows, through their undersigned counsel, and subject to this Court's approval:

1. Defendants, through their undersigned counsel, agree to accept service of the amended complaint to be filed in the above-captioned action as set forth below;

2. Lead Plaintiff shall file an amended complaint on or before April 24, 2026.

3. Defendants shall respond to the amended complaint, by filing a motion to dismiss or otherwise, on or before June 15, 2026.

4. If Defendants move to dismiss the amended complaint, Lead Plaintiff shall file an opposition to such motion on or before August 7, 2026.

5. Defendants shall file a reply in support of their motion to dismiss on or before September 14, 2026.

**IT IS SO STIPULATED.**

Dated: February 25, 2026

Respectfully submitted,

*/s/ Jonathan D. Uslaner*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

-and-

SALVATORE J. GRAZIANO (*pro hac vice forthcoming)*
(salvatore@blbglaw.com)
JEREMY P. ROBINSON (*pro hac vice forthcoming)*
(jeremy@blbglaw.com)
ALEC COQUIN (*pro hac vice forthcoming)*
(alec.coquin@blbglaw.com)
KELLY D. HOGAN (*pro hac vice forthcoming)*
(kelly.hogan@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
*Counsel for Lead Plaintiff Union Asset Management Holding AG*

Dated: February 25, 2026

*/s/ Marie Caroline Bafus*
**FENWICK & WEST LLP**
MARIE CAROLINE BAFUS
(mbafus@fenwick.com)
DEAN S. KRISTY
(dkristy@fenwick.com)
One Front Street, 33rd Floor
San Francisco, CA 94111
Tel: (415) 875-2300
Fax: (415) 281-1350

-and-

JAY L. POMERANTZ
(jpomerantz@fenwick.com)
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200
*Counsel for Defendants*

\*      \*      \*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

Dated:   February 25, 2026

_/s/ Jonathan D. Uslaner_____
Jonathan D. Uslaner

**In drafting its amended complaint, Lead Plaintiff should consider including only the statements it can fully defend within the default page limits applicable to any future briefing.  The parties are on notice that the Court will look with skepticism upon any requests to enlarge default page limits.**

PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED**.

DATED: _____March 4_, 2026        _____

**Honorable Araceli Martínez-Olguín**
**United States District Judge**

3