ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
     – and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Attorneys for Plaintiff State of Rhode Island Office of the General Treasurer on Behalf of the Employees' Retirement System of the State of Rhode Island

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FORTINET, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 3:25-cv-08037-AMO |
| This Document Relates To:<br><br>    ALL ACTIONS. | | CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

4884-8085-3710.v1

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff State of Rhode Island Office of the General Treasurer on Behalf of the Employees' Retirement System of the State of Rhode Island hereby voluntarily dismisses its claims without prejudice to its ability to participate in this action as an absent class member.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  May 1, 2026                             Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO
DANIELLE S. MYERS
MICHAEL ALBERT


                                s/ Danielle S. Myers
                              DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

Attorneys for Plaintiff State of Rhode Island Office of the General Treasurer on Behalf of the Employees' Retirement System of the State of Rhode Island

NOTICE OF VOLUNTARY DISMISSAL - 3:25-cv-08037-AMO                              - 1 -
4884-8085-3710.v1