ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
        – and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Attorneys for Plaintiff State of Rhode Island Office of the General Treasurer on Behalf of the
Employees' Retirement System of the State of Rhode Island

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FORTINET, INC. SECURITIES LITIGATION | ) ) ) |
| | ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

Case No. 4:25-cv-08037-AMO

CLASS ACTION

NOTICE OF MOTION AND MOTION TO
WITHDRAW AS COUNSEL

4884-8085-3710.v1

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 11-5, plaintiff and lead plaintiff movant State of Rhode Island Office of the General Treasurer on Behalf of the Employees' Retirement System of the State of Rhode Island's ("ERSRI") counsel, Shawn A. Williams, Daniel J. Pfefferbaum, Michael A. Troncoso, Danielle S. Myers, and Michael Albert of Robbins Geller Rudman & Dowd LLP hereby respectfully move this Court to withdraw as counsel in this action. On February 20, 2026, this Court appointed Union Asset Management AG as Lead Plaintiff and approved Lead Plaintiff's selection of Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel. *See* ECF 58. ERSRI was informed of the denial of its lead plaintiff motion. In light of the Court's Order appointing another movant as lead plaintiff and its counsel as lead counsel, as well as the Voluntary Dismissal of Plaintiff filed on May 1, 2026 (*see* ECF 68), neither ERSRI nor Robbins Geller have a role in the action going forward. *See Emps.-Teamsters Loc. Nos. 175 & 505 Pension Tr. Fund v. Anchor Cap. Advisors*, 498 F.3d 920, 923 (9th Cir. 2007) (holding that lead plaintiff movants whose motion was denied were "not parties to the district court action" but "were merely potential class members in a potential class action suit"). Because ERSRI is now an absent class member, not a *pro se* party, the undersigned counsel seek to withdraw from the docket and cease receiving notifications of filings in this matter

THEREFORE, ERSRI's counsel respectfully requests that this Court grant the motion to withdraw and enter the [Proposed] Order submitted herewith.

DATED: June 11, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO
DANIELLE S. MYERS
MICHAEL ALBERT

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

Attorneys for Plaintiff State of Rhode Island Office
of the General Treasurer on Behalf of the
Employees' Retirement System of the State of
Rhode Island

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
       – and –
MICHAEL A. TRONCOSO (221180)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Attorneys for Plaintiff State of Rhode Island Office of the General Treasurer on Behalf of the Employees' Retirement System of the State of Rhode Island

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FORTINET, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 4:25-cv-08037-AMO<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

4884-8085-3710.v1

Upon consideration of the Notice of Motion and Motion to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED that Shawn A. Williams, Daniel J. Pfefferbaum, Michael A. Troncoso, Danielle S. Myers, and Michael Albert of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys and law firms from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED: _____7/7/2026_____

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE

